No. 511.   DANTZLER, PRESIDENT, SOUTH CAROLINA NATUROPATHIC PHYSICIANS ASSOCIATION, ET AL. *v.* CALLISON, ATTORNEY GENERAL.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Frederick Bernays Wiener, James H. Price* and *J. D. Poag* for appellants. *T. C. Callison,* Attorney General of South Carolina, and *James S. Verner* and *William A. Dallis,* Assistant Attorneys General, for appellee.

No. 253, Misc.   THOMPSON *v.* PRICE, WARDEN; and

No. 426, Misc.   EX PARTE FEDDER.   Motions for leave to file petitions for writs of habeas corpus denied. *Morris Lavine* for petitioner in No. 426, Misc.

No. 307.   CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. *v.* ILLINOIS ET AL.;

No. 502.   UNITED STATES *v.* ILLINOIS ET AL.; and

No. 503.   INTERSTATE COMMERCE COMMISSION *v.* ILLINOIS ET AL.   Appeals from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *W. J. Quinn* and *Edwin R. Eckersall* for appellant in No. 307. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Charles H. Weston* for the United States, appellant in No. 502. *Robert W. Ginnane* and *Leo H. Pou* for appellant in No. 503. *Latham Castle,* Attorney General, and *Harry R. Begley,* Special Assistant Attorney General, for the State of Illinois et al., and *Roger Sherman, Henry F. Tenney* and *S. Ashley Guthrie* for the Milwaukee Road Commuters' Association, appellees.